IN THE SUPREME COURT OF TEXAS

 No. 05-0322

 IN RE TETRA APPLIED TECHNOLOGIES, L.P.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency stay of the trial court's order
pending petition for writ of mandamus, filed April 22, 2005, is granted.
The order dated February 24, 2005, in Cause No. 04-7-12403, styled Francis
Munoz, individually and on behalf of The Estate of Miguel Munoz, Jr.,
Deceased v. Tetra Applied Technologies, L.P. and Hilcorp Energy Company, in
the 24th Judicial District Court of Jackson County, Texas, is stayed
pending further order of this Court.
 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m., May 9,
2005.

 Done at the City of Austin, this April 28, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Gena Pelham, Deputy Clerk